IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEMUEL LAWSON,<br>　　　　Plaintiff, | :<br>: | CIVIL ACTION |
| v. | :<br>:<br>: | NO: 02-5252 |
| COMMONWEALTH OF PENNSYLVANIA,<br>et al.,<br>　　　　Defendants. | :<br>:<br>: | |

## ORDER

Presently before the Court is a letter from *pro se* Petitioner dated July 31, 2002. Previously, on July 31, 2002, this Court issued an Order setting forth certain procedural steps for Petitioner to take, and ordering the Clerk of the Court to furnish certain forms to Petitioner so that Petitioner could correctly file this matter. In his letter, Petitioner informs the Court that he is experiencing significant delays in obtaining his mail, and that the mail to him from the Court has been addressed incorrectly.

**AND NOW**, this _____ day of August, 2002, upon consideration of the letter from *pro se* Petitioner dated July 31, 2002, **IT IS HEREBY ORDERED** that:

1) The **Clerk of the Court** change Petitioner's address, and forward all future mail, to the following:

> Lemuel Lawson
> PP # 449256
> Detention Center
> 8201 State Rd.
> Philadelphia, PA 19136;

2) The **Clerk of the Court** shall re-send all forms ordered in this Court's Order of July 31, 2002, to Petitioner at the above-cited address; and,

3) Plaintiff shall complete and return these forms to the Clerk of the Court

within 30 days, together in the same envelope, with either a completed *in forma pauperis* application or a check for five dollars, or else this civil action will be dismissed.

                    BY THE COURT:

                    _____
                    CLIFFORD SCOTT GREEN, S.J.