IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEMUEL LAWSON, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO: 02-5252 |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| et al., | : | |
| Respondents. | : | |

## ORDER

Presently before the Court is *pro se* Petitioner's Request for Extension of Filing Date/Deadline. By Order of this Court dated August 9, 2002, the Court order the Clerk of the Court to forward certain forms to Petitioner, and ordered Petitioner to complete and return the forms within 30 days. In his current Request, Petitioner points out several procedural difficulties he must address before he is able to file his forms. Therefore, I will grant Petitioner's request for an extenstion of time.

**AND NOW**, this _____ day of September, upon consideration of *pro se* Petitioner's Request for Extension of Filing Date/Deadline, **IT IS HEREBY ORDERED** that:

1) Petitioner's request is **GRANTED**;

2) Petitioner's compliance with this Court's Order of August 9, 2002, is extended to October 11, 2002.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.