IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEMUEL LAWSON : | |
| : | |
| v. : | CIVIL ACTION NO. 02-5252 |
| : | |
| COMMONWEALTH OF PENNSYLVANIA, : | |
| ET AL. | |
| : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of              ,            , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable ARNOLD C. RAPOPORT, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, J.

civrr