IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LEMUEL LAWSON, | CIVIL ACTION |
| Petitioner, | |
| v. | No. 02-5252 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | |
| Respondents. | |

**ORDER**

AND NOW, this         day of October, 2002, upon consideration of Relator's Petition for Writ of Habeas Corpus, it is hereby ORDERED that:

The District Attorney of Philadelphia County shall file specific and detailed answers **AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF** within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE