IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEMUEL LAWSON, | CIVIL ACTION |
| Petitioner, | |
| v. | No. 02-5252 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | |
| Respondents. | |

**ORDER**

AND NOW, this    day of October, 2002 upon consideration of the Respondents' Motion for an Enlargement of Time to File Response, (Docket Entry #11), it is hereby ORDERED that the Motion is GRANTED.  Respondents' time for filing a response to the petition for writ of habeas corpus is extended to December 16, 2002.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE